SHEPARD, Chief Justice,
concurring in result.
My colleagues seem to agree that when the police are told that a suspect has recently moved from his former residence and when the police actually helped him move there, that such information suffices to indicate that the place to which the police moved him and his belongings is the location at which he may be found. Possessing a newly-issued warrant, the police went back to the very small apartment building where the suspect was living. A man whom they encountered out front looked at a photograph of the person for whom the warrant was issued, confirmed that he recognized him, and said he lived upstairs in the apartment with the green door (it turned out that he lived down the hall).
*20 I would say that this is a sufficient basis for a belief that Duran was in the apartment where they attempted to arrest him. I join in reversing because it was not a reasonable basis for doing so in the middle of the night to arrest a relatively immobile suspect.